# Order

Michigan Supreme Court
Lansing, Michigan

February 5, 2014

147835

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROBERT LEE HARRINGTON, JR.,
     Defendant-Appellant.

SC: 147835
COA: 313575
Wayne CC: 90-001754-FC

_____/

     On order of the Court, the application for leave to appeal the August 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014



Clerk

h0129